AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern  District of Texas

| | | |
|---|---|---|
| United States of America | ) | United States Courts<br>Southern District of Texas<br>FILED |
| v. | ) | |
| | ) | *April 02, 2026* |
| Joe Angel PEREZ | ) | Nathan Ochsner, Clerk of Court |
| | ) | |
| | ) | Case No.  **4:26-mj-230** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 1, 2026  in the county of  Harris  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 841(b)(1)(A) | Possession with intent to distribute over 500 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A). |

This criminal complaint is based on these facts:

See Attachment A

**X**  Continued on the attached sheet.

Approved by AUSA Patricia Profit

_____
*Complainant's signature*

**Daniel Banda, DEA Task Force Officer**
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date:  April 02, 2026

_____
*Judge's signature*

City and state:  Houston, Texas

**Peter Bray, United States Magistrate Judge**
*Printed name and title*

4:26-mj-230

ATTACHMENT A

On April 1, 2026 United States Drug Enforcement Administration (DEA) Agents executed a search warrant at 14208 Papadosa Street, Houston, Houston Texas 77053 (target location) which is located in the Southern District of Texas. This location was determined during the investigation to be used as a narcotic distribution point run by Joe Angel PEREZ.  Prior to the execution of the search warrant surveillance was established at the target location. PEREZ was observed arriving at the target location operating his white in color Chrysler 300.  At approximately 7:30pm another male arrived at the target location in a white Nissan passenger car. The other male was observed exiting the vehicle and entering the target location while carrying a black bag which appeared to have some weight to it. Moments later the other male exited the target residence and entering his white passenger car with nothing in his hands.

At approximately 8:00 pm Agents arrived in the area with their emergency light activated and giving commands to the other male to exit the vehicle and for PEREZ to exit the residence. Once the other male was detained from the white passenger car Agents again gave verbal commands for PEREZ to exit the residence. PEREZ refused to come to the door of the target residence and was observed running from the front of the target residence to the rear. Agent heard toilets flushing and PEREZ continued to ignore verbal commands to exit the residence. Agents breached the door and again PEREZ was observed running and ignoring verbal commands to exit the residence. Agents then entered the residence and detained PEREZ. No other occupants were located inside the target location

During the search of the target location Agents located 1 kilogram of suspected methamphetamine in the kitchen, lodged between the refrigerator and wall.  Also, in the kitchen Agents located an unknown amount of US currency in a kitchen drawer, marijuana and THC vials on the kitchen counter and a plastic bag containing approximately 75 grams of cocaine and currency counter on the kitchen counter. Agents also observed and seized live ammunition and gun magazines in the kitchen as well. When Agents breached the window, Agents observed PEREZ standing in the kitchen next to the live ammunition and narcotics.  A criminal history check was completed on PEREZ and it showed PEREZ to be a convicted felon on October 12, 2012 for Burglary. Agents observed pieces of crystal methamphetamine inside both toilets and on the floor next to the toilets of the target location. Agents also observed empty plastic bags next to the toilet and in the shower in the bathroom trash can leading Agents to believe PEREZ was actively destroying evidence while ignoring verbal commands to exit the residence.  Agents also located several kilogram wrappings which had previously contained cocaine in the kitchen trash can.

Agents then placed PEREZ under arrest. PEREZ was read his Miranda Warning and stated he understood. PEREZ stated he only sells small amounts of marijuana. PEREZ then stated the other male brought something to the house but would not say what it was. PEREZ stated the residence is a rental.

Agents then spoke with the other male who was Mirandized and waived his rights. The other male stated he brought three (3) kilograms of methamphetamine to the target location (14208 Papadosa Street, Houston, Texas) and provided the kilograms to PEREZ. The other male stated he was waiting is his car because he was waiting for PEREZ to bring him the money for the methamphetamine which was going to be $1,900.00 per kilogram.

Subscribed and sworn telephonically on April 2, 2026 and I find probable cause exists.

Daniel Banda
Task Force Officer
Drug Enforcement Administration

Peter Bray
United States Magistrate Judge